# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SHEILA K. MAYES AND STACEY MAYES, HUSBAND AND WIFE, | : | No. 441 MAL 2016 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| TIMOTHY SHOPE, M.D., AND THE MILTON HERSHEY MED. CENTER, A/K/A PENN STATE HERSHEY MED. CENTER, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.